# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Carnes, Edward E. | 11th Circuit Court of Appeals | 03/09/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (active) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. Courthouse
One Church Street, Room 403
Montgomery, AL 36104

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-executor of estate | Estate 1 |
| 2. | Co-trustee of trust | Trust 1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Edward E. | 03/09/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | State of Alabama - Retirement Income | $29,899.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Edward E. | 03/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Bank (cash account) | A | Interest | N | T | | | | | |
| 2. Synovous Bank (cash account) | A | Interest | N | T | | | | | |
| 3. RSA-1 Deferred Compensation Account (State of Alabama) | C | Interest | M | T | | | | | |
| 4. PEIRAF Deductible Emp. Contributions (State of Alabama) | C | Interest | M | T | | | | | |
| 5. IRA #1 (H) | | | | | | | | | |
| 6. Vanguard Prime Money Market Fund | A | Dividend | L | T | | | | | |
| 7. IRA #2 (H) | | | | | | | | | |
| 8. Vanguard Health Care Mutual Fund (VGHAX) | D | Dividend | L | T | | | | | |
| 9. Vanguard Prime Money Market Fund (VMMXX) | B | Dividend | M | T | | | | | |
| 10. BROKERAGE #1 (H) | | | | | | | | | |
| 11. Vanguard S&P 500 Index ETF (VOO) | B | Dividend | L | T | | | | | |
| 12. TRUST #1 (H) | | | | | | | | | |
| 13. Vantage Bank (cash account) (Y) | | | | | | | | | |
| 14. Vanguard Healthcare Investor (VGHCX) | B | Dividend | K | T | | | | | |
| 15. Vanguard Growth & Income Admiral (VGIAX) | D | Dividend | M | T | | | | | |
| 16. Vanguard Limited Term Tax Exempt Investor (VMLTX) | A | Dividend | K | T | | | | | |
| 17. Vanguard Global Minimum Volatility Admiral (VMNVX) | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Edward E. | 03/09/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Morgan Growth Admiral (VMRAX) | D | Dividend | M | T | | | | | |
| 19. Vanguard Short Term Corp Bond Index (VSCSX) | A | Dividend | K | T | | | | | |
| 20. Vanguard US Growth Admiral (VWUAX) | D | Dividend | M | T | | | | | |
| 21. Vanguard Prime Money Investor CL (VMMXX) | B | Dividend | M | T | Sold (part) | 01/05/17 | J | | |
| 22. | | | | | Sold (part) | 03/31/17 | J | | |
| 23. | | | | | Sold (part) | 07/10/17 | J | | |
| 24. | | | | | Sold (part) | 09/29/17 | J | | |
| 25. | | | | | Sold (part) | 12/11/17 | K | | |
| 26. ESTATE #1 (H) | | | | | | | | | |
| 27. Vantage Bank (cash account) (Y) | | | | | | | | | |
| 28. Wells Fargo Money Market (cash account) | A | Interest | M | T | | | | | |
| 29. American Electric Power Inc (AEP) | A | Dividend | J | T | | | | | |
| 30. AT&T Inc (T) | A | Dividend | J | T | | | | | |
| 31. BCE Inc (BCE) | A | Dividend | J | T | | | | | |
| 32. BP Plc Spons ADR (BP) | A | Dividend | J | T | | | | | |
| 33. Bristol Myers Squibb Co (BMYU) | A | Dividend | J | T | | | | | |
| 34. Chevron Corporation (CVX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Edward E. | 03/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Coca-Cola Company (KO) | A | Dividend | J | T | | | | | |
| 36. ConocoPhillips (COP) | A | Dividend | J | T | | | | | |
| 37. Dominion Energy Inc (D) | A | Dividend | J | T | | | | | |
| 38. Duke Energy Corp Com New (DUK) | A | Dividend | J | T | | | | | |
| 39. Eli Lilly & Co (LLY) | A | Dividend | J | T | | | | | |
| 40. Glaxosmithkline PLC-ADR (GSK) | A | Dividend | J | T | | | | | |
| 41. HCP Inc (HCP) | A | Dividend | J | T | | | | | |
| 42. Johnson & Johnson (JNJ) | A | Dividend | J | T | | | | | |
| 43. Kimberly-Clark Corp (KMB) | A | Dividend | J | T | | | | | |
| 44. Kinder Morgan Inc (Y) | | | | | | | | | |
| 45. Kraft Heinz Co. (KHC) | A | Dividend | J | T | | | | | |
| 46. McDonalds Corp (MCD) | A | Dividend | J | T | | | | | |
| 47. Merck & Co Inc New (MRK) | A | Dividend | J | T | | | | | |
| 48. National Grid Plc Spon ADR New (NGG) | A | Dividend | J | T | | | | | |
| 49. Pepsico Incorporated (PEP) | A | Dividend | J | T | | | | | |
| 50. PPL Corporation (PPL) | A | Dividend | J | T | | | | | |
| 51. Procter & Gamble Co (PG) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Edward E. | 03/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Realty Income Corp Reit (O) | A | Dividend | J | T | | | | | |
| 53. Royal Dutch Shell PLC (RDS/B) | A | Dividend | J | T | | | | | |
| 54. Senior Housing Prop TR Reit (SNH) | A | Dividend | J | T | | | | | |
| 55. The Southern Company (SO) | A | Dividend | J | T | | | | | |
| 56. Total S.A. Spons ADR (TOT) | A | Dividend | J | T | | | | | |
| 57. Unilever Plc Spons ADR (UL) | A | Dividend | J | T | | | | | |
| 58. Ventas Inc (VTR) | A | Dividend | J | T | | | | | |
| 59. Verizon Communications Com (VZ) | A | Dividend | J | T | | | | | |
| 60. Vodafone Group Plc New (VOD) | A | Dividend | J | T | | | | | |
| 61. Welltower Inc. (HCN) | A | Dividend | J | T | | | | | |
| 62. Williams Companies (WMB) | A | Dividend | J | T | | | | | |
| 63. US Treasury Notes | A | Interest | K | T | Redeemed (part) | 10/31/17 | J | | |
| 64. US Treasury Inflation IDX Note | A | Interest | K | T | | | | | |
| 65. US Treasury Bonds | A | Interest | J | T | | | | | |
| 66. FNMA Pass Thru Pool | A | Interest | K | T | | | | | |
| 67. INVESTMENT PROPERTIES (H) | | | | | | | | | |
| 68. Investment Property #1, Albertville, AL | | None | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Edward E. | 03/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Investment Property #2, Albertville, AL | C | Rent | N | W | | | | | |
| 70. Investment Property, Guntersville, AL | C | Rent | | | Sold | 09/08/17 | L | | Kyle Nailor |
| 71. Investment Property, Bledsoe County, TN | | None | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Edward E. | 03/09/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 2: Name change; see 2016, line 2.
Part VII, line 37: Name change; see 2016, line 37.
Part VII, line 45: Name change; see 2016, line 47.
Part VII, line 61: Name change; see 2016, line 43.
Part VII, lines 68 and 71: No income was received for these properties, whether taxable, tax exempt, or tax deferred.

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Edward E. | 03/09/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edward E. Carnes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544